# Order

**Michigan Supreme
Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

March 10, 2015

151069(22)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHN HENRY CISTRUNK,
      Defendant-Appellant.

_____/

SC: 151069
COA: 322827
Wayne CC: 08-018426-FC

On order of the Chief Justice, the motion of defendant-appellant for leave to file an application in excess of the page limit restriction of MCR 7.302(A)(1) is GRANTED. The 64-page application submitted on February 19, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2015

